IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 05-11 T & 05-12 T (consolidated)
(Judge Mary Ellen Coster Williams)

MANCHESTER PROMISEE, LLC, by AMW REALTY CORPORATION, Tax Matters Partner,

Plaintiff,

CLP PROMISEE LLC, by WMC REALTY CORP., Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT AND MOTION FOR SUSPENSION

During a hearing on March 8, 2006, the Court suspended these cases until the Tax Court could decide the petitioner's motion for partial summary judgment in *Countryside Limited Partnership, CLP Holdings, Inc., Tax Matters Partner v. Commissioner*, No. 3162-05. Countryside is the direct or indirect owner of the two partnerships in the present case. The Court also asked the parties to state, within a week of the Tax Court's decision, how they might wish to proceed in these cases.

The parties report that the Tax Court granted the petitioner's motion for partial summary judgment in a memorandum decision, T.C. Memo. 2008-3, issued on January 2, 2008. The parties request a 30-day suspension of these proceedings, from January 9 through February 8, 2008, inclusive, in order to decide how to proceed in light of the Tax Court's decision. This is the first extension the parties have requested for this purpose.

The plaintiffs' attorney has stated that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P. O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445; FAX: (202) 514-9440

RICHARD T. MORRISON
Acting Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

January 9, 2008