# In the United States Court of Federal Claims

**No. 05-11T**
**No. 05-12T**
**(consolidated)**
**(Filed January 10, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MANCHESTER PROMISEE LLC, by**
**AMW REALTY CORPORATION,**
**Tax Matters Partner,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CLP PROMISEE LLC, by**
**WMC REALTY CORPORATION,**
**Tax Matters Partner,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER GRANTING JOINT MOTION TO STAY OF PROCEEDINGS

---

On January 9, 2008, the parties filed a joint status report and motion for suspension of proceedings for 30 days, to and including February 8, 2008, in order to decide how to proceed in the

instant case in light of the Tax Court's decision in Countryside Limited Partnership, CLP Holdings, Inc., Tax Matters Partner v. Commissioner, No. 3162-05. Good cause having been shown, this motion is **GRANTED**. The parties are to file a joint status report no later than **February 8, 2008**, informing the Court how they wish to proceed.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**