IN THE UNITED STATES COURT OF FEDERAL CLAIMS

Nos. 05-11 T & 05-12 T (consolidated)
(Judge Mary Ellen Coster Williams)

MANCHESTER PROMISEE, LLC, by AMW REALTY CORPORATION, Tax Matters Partner,

Plaintiff,

CLP PROMISEE LLC, by WMC REALTY CORP., Tax Matters Partner,

Plaintiff,

v.

THE UNITED STATES,

Defendant.

JOINT STATUS REPORT AND MOTION FOR SUSPENSION

In an Order of January 10, 2008, the Court asked the parties to inform the Court how they wish to conduct these proceedings in light of the Tax Court's award of partial summary judgment in *Countryside Limited Partnership, CLP Holdings, Inc., Tax Matters Partner v. Commissioner*, No. 3162-05. Countryside was a direct owner of an interest in CLP Promisee LLC and an indirect owner of an interest in Manchester Promisee LLC, the plaintiffs in the present cases.

In the present cases, the plaintiffs request review of Final Notices of Partnership Administrative Adjustment (FPAAs) issued for taxable years in 2000, in which the

Commissioner of Internal Revenue asserted that downward adjustment should be made to the basis of certain assets of the plaintiffs. The basis of such assets had no effect on any item of income, gain, loss, deduction, or credit of the plaintiffs during 2000, 2001, or 2002; however, the plaintiffs disposed of such assets during 2003, and the basis of such assets will thus directly affect the amount of gain recognized on that disposition. The IRS recently issued FPAAs to the plaintiffs for their 2003 taxable year, and the new FPAAs assert that downward adjustment should be made to the basis of such assets, as do the FPAAs issued with respect to 2000, and that the amount of gain recognized on the disposition of such assets should accordingly be increased. The tax matters partner of each plaintiff has filed a petition for review of the 2003 FPAAs with the Tax Court.

The parties in the *Countryside* case spoke with the Tax Court judge (by conference call) on February 5, 2008, to discuss further proceedings. They agreed that the Tax Court judge should assume jurisdiction of the petition for review of the 2003 FPAAs and should decide all outstanding issues for all of the taxable years before the Tax Court. The parties and the judge have tentatively agreed to set a trial in September or October of 2008. The result of that trial will also resolve the issues before this Court.

The parties therefore ask this Court to suspend the present proceedings until final resolution of the Tax Court case. They will inform the Court when the Tax Court enters its decision.

The plaintiffs' attorney has stated that the defendant's trial attorney may present this document as a joint filing.

Respectfully submitted,

s/ Robert Stoddart
ROBERT STODDART
U.S. Justice Department, Tax Division
Court of Federal Claims Section
P. O. Box 26, Ben Franklin Station
Washington, D.C. 20044
TEL: (202) 307-6445; FAX: (202) 514-9440

NATHAN J. HOCHMAN
Assistant Attorney General
DAVID GUSTAFSON
Chief, Court of Federal Claims Section

s/ David Gustafson
Of Counsel

February 6, 2008