# In the United States Court of Federal Claims

**No. 05-11T**
**No. 05-12T**
**(consolidated)**
**(Filed: February 15, 2008)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**MANCHESTER PROMISEE LLC, by**
**AMW REALTY CORPORATION,**
**Tax Matters Partner,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER CONTINUING STAY

---

On February 6, 2008, parties filed a joint status report and motion for suspension of proceedings until final resolution of the Tax Court's review of the 2003 Final Notices of Partnership Administrative Adjustment (FPAA) issued to the Plaintiffs. Good cause having been shown, this motion is **GRANTED**. The parties are to file a joint status report 30 days after the Tax Court issues its decision.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**